**E-Filed 9/21/2007**

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| FERNANDO DOMINGUEZ,<br><br>　　　　　　Petitioner,<br><br>　　v.<br><br>TOM FELKER,<br><br>　　　　　　Respondent. | Case Number C 07-2241 JF<br><br>ORDER[1] GRANTING RENEWED MOTION FOR APPOINTMENT OF COUNSEL AND FOR LEAVE TO PROCEED *IN FORMA PAUPERIS*<br><br>[re: docket no. 9] |

　　　　Petitioner renews his motions for appointment of counsel and for leave to proceed *in forma pauperis*. Petitioner's previous motions were denied as moot on August 6, 2007. Petitioner was assisted in preparing his applications by Dallas Sacher, an attorney with the Sixth District Appellate Program ("SDAP"). The SDAP is a non-profit corporation that provides legal services to indigent criminal defendants.

　　　　On April 24, 2007, Petitioner received a notice from the Court that his original applications for appointment of counsel and to proceed *in forma pauperis* were deficient and that

---

[1] This disposition is not designated for publication and may not be cited.

Case No. C 07-2241 JF
ORDER GRANTING RENEWED MOTIONS FOR APPOINTMENT OF COUNSEL AND FOR LEAVE TO PROCEED *IN FORMA PAUPERIS*
(JFLC3)

1  his case would be dismissed if the deficiency was not corrected within 30 days. Because he was
2  concerned that the Petitioner's case would be dismissed, on May 22, 2007 Mr. Sacher entered an
3  appearance and paid the five dollar filing fee. In the meantime, the Petitioner was able to file the
4  missing document with the Court. The document was filed on May 16, 2007.
5         Petitioner requests that the Court withdraw its previous order and grant Petitioner's
6  motions. Petitioner asserts that the SDAP does not receive funding for work performed in
7  federal court and that virtually all of SDAP's income comes from its yearly contract with the
8  State of California. Thus, the SDAP, if appointed as counsel, will be proceeding in Petitioner's
9  case pro bono. Based on these representations, Petitioner's renewed motions for appointment of
10 counsel and for leave to proceed *in forma pauperis* are GRANTED. The Court withdraws its
11 Order dated August 6, 2007. Mr. Sacher and the SDAP are appointed as counsel in this case.
12
13 IT IS SO ORDERED.
14
15 DATED: September 21, 2007
16                                          _____
                                             JEREMY FOGEL
17                                           United States District Judge

1  This Order has been served upon the following persons:
2  Edward Dallas Sacher          dallas@sdap.org
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

3
Case No. C 07-2241 JF
ORDER GRANTING RENEWED MOTIONS FOR APPOINTMENT OF COUNSEL AND FOR LEAVE TO PROCEED *IN FORMA PAUPERIS*
(JFLC3)