**E-Filed 11/20/2007**

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| FERNANDO DOMINGUEZ,<br><br>        Petitioner,<br><br>    v.<br><br>TOM FELKER,<br><br>        Respondent. | Case Number C 07-2241 JF<br><br>ORDER[1] TO SHOW CAUSE |

Petitioner seeks a writ of habeas corpus pursuant to 28 U.S.C. § 2254.  Petitioner is represented by counsel.

Good cause therefor appearing, IT IS HEREBY ORDERED that:

(1)     The Clerk of the Court shall serve by certified mail a copy of the petition and a copy of this Order upon counsel for Respondent, the Attorney General of the State of California. The Clerk of the Court also shall serve a copy of this Order upon counsel for Petitioner.

(2)     Respondent shall, within thirty (30) days after receiving this order, file and serve upon Petitioner's counsel an answer conforming in all respects to Rule 5 of the Rules Governing

---

[1] This disposition is not designated for publication and may not be cited.

1  Section 2254 Cases, showing cause why a writ of habeas corpus should not issue.  At the time
2  the answer is filed, Respondent shall lodge with the Court all records relevant to a determination
3  of the issues presented by the petition.  If Respondent contends that Petitioner has failed to
4  exhaust state remedies as to any ground for relief asserted in the petition, Respondent shall
5  specify what state remedy remains available to Petitioner.  If Respondent waives or concedes the
6  issue of exhaustion, Respondent shall so state in the answer.
7          (3)     Petitioner may file a traverse responding to matters raised in the answer within
8  thirty (30) days after receiving the answer.
9          (4)     Unless otherwise ordered by the Court, the matter will be deemed submitted upon
10 the filing of the traverse or upon the expiration of time to file a traverse.

12 IT IS SO ORDERED.

14 DATED: November 20, 2007

15                                              JEREMY FOGEL
                                                 United States District Judge

Case No. C 07-2241 JF
ORDER TO SHOW CAUSE
(JFLC3)

1 | This Order has been served upon the following persons:
2 | Edward Dallas Sacher          dallas@sdap.org

Case No. C 07-2241 JF
ORDER TO SHOW CAUSE
(JFLC3)

3