**E-filed 3/24/08**

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **FERNANDO DOMINGUEZ,**<br><br>Petitioner,<br><br>v.<br><br>**TOM FELKER, WARDEN,**<br><br>Respondent. | No. C07-2241JF<br><br>ORDER GRANTING PETITIONER'S MOTION TO EXPAND THE RECORD |

IT IS HEREBY ORDERED that petitioner's motion to expand the record is granted.

Dated: _____3/24/08_____

_____
JEREMY FOGEL
United States District Judge