**E-Filed 3/23/09**

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| FERNANDO DOMINGUEZ, | Case Number C 07-2241 JF |
| Petitioner, | ORDER GRANTING PETITIONER'S REQUEST FOR ORAL ARGUMENT AND SETTING HEARING |
| v. | |
| TOM FELKER, | |
| Respondent. | |

Petitioner's request for oral argument is GRANTED. A hearing on this matter is set for May 22, 2009 at 9:00 am.

DATED: 3/23/09

_____
JEREMY FOGEL
United States District Judge

1  Copies of Order served on:

2

3  Edward Dallas Sacher dallas@sdap.org

4  John H. Deist John.Deist@doj.ca.gov, DocketingSFAWT@doj.ca.gov, susan.chiang@doj.ca.gov

5  Peggy S. Ruffra peggy.ruffra@doj.ca.gov, DocketingSFAWT@doj.ca.gov

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2

Case No. C 07-2241 JF
ORDER GRANTING PETITIONER'S REQUEST FOR ORAL ARGUMENT AND SETTING HEARING
(JFLC2)