**E-Filed 9/1/2009**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| FERNANDO DOMINGUEZ,<br><br>        Petitioner,<br><br>    v.<br><br>TOM FELKER,<br><br>        Respondent. | Case Number C 07-2241 JF<br><br>ORDER[1] GRANTING IN PART AND DENYING IN PART REQUEST FOR A CERTIFICATE OF APPEALABILITY<br><br>[re: dock. no. 29] |

On August 18, 2009, this Court denied the instant petition for writ of habeas corpus. Petitioner has filed a notice of appeal from this Court's judgment and a request for a certificate of appealability with respect to six issues. *See* Docket Entry No. 29. A petitioner may not appeal a final order in a federal habeas corpus proceeding without first obtaining a certificate of appealability. *See* 28 U.S.C. § 2253(c); Fed. R. App. P. 22(b). "Where a district court has rejected the constitutional claims on the merits, the showing required to satisfy § 2253(c) is straightforward: The petitioner must demonstrate that reasonable jurists would find the district court's assessment of the constitutional claims debatable or wrong." *Slack v. McDaniel*, 529 U.S. 473, 484 (2000). The Court denied the instant habeas petition after careful consideration of

---

[1] This disposition is not designated for publication in the official reports.

1  the merits, but finds that Petitioner has demonstrated that reasonable jurists may differ with

2  respect to issues one through three as set forth in his request.  Accordingly, the request for a

3  certificate of appealability is GRANTED IN PART with respect to the following issues:

4      1. The trial court erred by failing to instruct the jury with CALJIC No. 8.27.

5  

6      2. The California Supreme Court violated the rule of *Bouie v. City of Columbia*, 378 U.S. 347 (1964) by holding that the trial court had no duty to instruct the jury that petitioner could not be found liable for Mr. Martinez's act of murder unless Mr. Martinez was an aider and abettor in the rape.

7  

8  

9      3. The California Supreme Court violated the rule of *Bouie* by holding that the kidnapping conviction could be upheld even if the victim was asported less than 90 feet.

10 

11 The request otherwise is DENIED.  The clerk shall forward to the Ninth Circuit Court of Appeals

12 the case file with this order.  *See* Fed. R. App. P. 22(b).

13     IT IS SO ORDERED.

17 DATED: September 1, 2009

19 _____
JEREMY FOGEL
United States District Judge

Copies of Order served on:

Edward Dallas Sacher     dallas@sdap.org

John H. Deist     John.Deist@doj.ca.gov, DocketingSFAWT@doj.ca.gov, susan.chiang@doj.ca.gov

Peggy S. Ruffra     peggy.ruffra@doj.ca.gov, DocketingSFAWT@doj.ca.gov